## Hyman v. Erie Concrete & Steel Supply Company, Appellant.

Argued April 10, 1946. Before BALDRIGE, P. J., RHODES, HIRT, RENO, DITHRICH, ROSS and ARNOLD, JJ.

*Russell M. Orcutt,* for appellant.

*J. B. Held,* for appellee.

PER CURIAM, April 23, 1946:

The plaintiff brought an action in assumpsit against defendant and asked for an accounting under section 11

of the Practice Act of 1915, as amended, 12 PS §393. The jury returned a verdict for plaintiff. The court below dismissed defendant's motions for a new trial and judgment n. o. v. and directed that judgment be entered on the verdict, upon payment of the jury fee. Defendant has appealed.

It is well settled that a judgment for an accounting is interlocutory and not appealable: *Miller v. Belmont P. & Rubber Co.*, 268 Pa. 51, 66, 110 A. 802; *Hall v. Haines*, 38 Pa. Superior Ct. 517.

The appeal is quashed at the costs of appellant.